IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 72.82.239.77

**ISP:** Verizon Internet Services
**Physical Location:** Trenton, NJ

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 09/30/2016 23:48:18 | 0795957EB77B0C2ECD7C669292F5FD28BC3629CA | Four Way In 4K |
| 09/30/2016 23:46:47 | 9368E10FAA298F6CC6581047778F171C147E54A8 | Romance in the Garden |
| 09/06/2016 23:55:55 | B00E50D6367B2AA803B328A97A01DEDC14BA075F | Tropical Sexcapades |
| 06/11/2016 03:18:21 | 3BEA091FF51380743F7EDF2F42E49503CD94BCC2 | Deep in Love |
| 06/10/2016 04:22:28 | F953C506467360C00755868B4FFF1615E65B8D89 | Every Guys Perfect Threesome |
| 05/12/2016 21:43:55 | D01D54EE3CCA3D37071B7A238B54166CDB1DCDE6 | A Deep Awakening |
| 05/11/2016 03:33:44 | 0989CB77070D67E14B3FF445DB09F9E9017351AC | Asstastic |
| 05/11/2016 03:17:33 | 9A8EB278B983D3D65ECCDD211402EC8D62764995 | Threesome With a View |
| 05/11/2016 02:53:27 | DF7BECA848BF6DB498ECAA1479B9D3B31E99B891 | Nina Needs It Now |
| 05/11/2016 02:41:57 | 52E59CA006DFC91CFBC3C7F1DD30E30E34903998 | Kristin and Nine Unleashed |
| 04/26/2016 22:00:24 | 5FD3D2CA3613C40DFE3F78C3F6B45704AEA4CDDA | Tantalizing Fox |
| 04/26/2016 03:34:55 | EE4BD4A311F61368C1BBB8621F55442D9AAF3D85 | Loving It Hard And Deep |
| 04/22/2016 23:11:24 | 80887678F3F20DEED3580EBFDF7E550F96CE32E6 | Czechmates |
| 03/10/2016 03:19:55 | 7C357F16175686F336277E82ED6D95B9A82199E2 | Hot Winter Fox |
| 01/23/2016 05:18:12 | 24749B2D2FA20F38142DF7E7AFC4536AF7338948 | The Cabin And My Wood |
| 01/07/2016 22:49:30 | B2A6AFE50E6C569016C5D1B4424CBE0632E5AF28 | Puffy Nipple Lovers |
| 12/19/2015 03:58:30 | 7E9ED47CDAFB4FD4AC84D64A79599B99E26A2A56 | A Hot Number |
| 12/02/2015 04:26:19 | 4A3630F4DC5E33576CEBA61591886392A7521943 | Freckle Faced Fox |
| 11/19/2015 03:21:43 | 99F3366F1FDFCA0F5BCFCE4D15FDDF64B803F9F8 | Double Oh Heaven |
| 11/19/2015 03:21:10 | 8FF09BA10894D5C5FB97B0A98B1B2D716B4A6EA0 | Four Ways |
| 10/25/2015 15:45:35 | 23D71A2FA58CCC0BFF332362FAD01AFDDD3E42BC | Are You Man Enough |
| 09/05/2015 00:44:58 | 80322BEB9972876BF8648318E992B153D77D736C | Every Mans Sexy Camping Trip |

EXHIBIT A

CNJ630

**Total Statutory Claims Against Defendant: 22**

EXHIBIT A

CNJ630